UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JOANNA L. DETERDING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:11-CV-13 |
| v. | ) |
| | ) Collier/Carter |
| MICHAEL S. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is Plaintiff Joanna L. Deterding ("Plaintiff")'s motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), (Court File No. 21), to which Michael S. Astrue, Social Security Commissioner ("Defendant") did not respond. On April 30, 2012, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 23). In the R&R, Judge Carter recommended Plaintiff's motion for attorney's fees be granted and Plaintiff's attorney be awarded $1,238.99 in fees and $230.00 in paralegal fees for a total award of $1468.99. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with, and hereby **ACCEPTS** and **ADOPTS**, the R&R. Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees (Court File No. 21) and **AWARDS** Plaintiff a total amount of $ 1,468.99 for her attorney's fees and paralegal fees to be paid in a manner consistent with 28 U.S.C. § 2412.

**SO ORDERED.**

**ENTER:**

                                        **/s/**_____

**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**